**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Tina M. White, et al.** | * |
| *On behalf of herself and others similarly situated* | * |
| | * |
| **Plaintiffs** | |
| | * |
| v. | Case No. 18-cv-02900-DLB |
| | * |
| **LLPD LLC, *et al*.** | |
| | * |
| **Defendants** | |
| _____/ | |

## ORDER

On this ___ day of _____, 202__, it is ORDERED: (i) that the Joint Motion To Approve Settlement Agreement And General Release And Establish A Schedule For The Dismissal Of This Case With Prejudice (the "Motion") is hereby GRANTED; (ii) that the terms of the Settlement Agreement and General Release, the Payment Plan (Exhibit A), and the Confessed Judgment Promissory Note (Exhibit B), (collectively, the "Settlement Agreement") are fair and reasonable, considering the facts and issues in controversy; (iii) that the Court shall not dismiss this lawsuit until thirty (30) days after Plaintiffs and their counsel have received all of the required payments for Month One (1) under the Settlement Agreement; and (iv) after this first payment is made, the parties shall file a Stipulation of Dismissal with Prejudice attached to the Motion as Exhibit 1, but the Settlement Agreement requests that the Court maintain continuing jurisdiction to enforce the terms of this Agreement, following the dismissal of this Lawsuit by the Court, including but not limited to enforcing the Promissory Note and Confessed Judgment attached to the Settlement Agreement as Exhibit B.

SO ORDERED.

_____
Hon. Deborah L. Boardman
United States Magistrate Judge